# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LARRY ALONZO HILL BEY,**

    **Plaintiff,**

**v.**                                                              Case No. 4:23-cv-167-AW-MAF

**ANN COFFIN and JIM ZINGALE,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge directed Plaintiff to file an amended complaint, but Plaintiff did not comply. The magistrate judge thus recommends dismissal. ECF No. 7. There has been no objection to the report and recommendation.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on July 7, 2023.

                                                           s/ *Allen Winsor*
                                                           United States District Judge